# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                          **Case No.  6:04-cr-128-Orl-31JGG**

**RACHEL LYNN OPSAHL (#12)**

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on August 9, 2006, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed June 1, 2006 by Probation Officer J. Curt Towers.

In the Petition, Probation Officer J. Curt Towers alleges the Defendant was in violation of:

- Condition 2, Violation #1

Which states that the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

The defendant failed to submit her written monthly reports by the fifth day of the month for the months of November, 2005; December 2005; January 2006; February 2006; and March 2006. This is a violation of Condition Two of the Standard Conditions of Supervision, as set for the in the Judgment.

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision. The Government will move to dismiss violation #2 at sentencing.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release  should not be revoked.

The Defendant has been restored to probation supervision pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 9th day of August, 2006.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant