**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:04-cr-128-Orl-31JGG

**RACHEL LYNN OPSAHL (#12)**
_____

# JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on September 8, 2006 for consideration of a Report and Recommendation rendered by Magistrate Judge James G. Glazebrook (Doc. No. 529), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on June 1, 2006. The Defendant was represented at the hearing by Donald West, Federal Public Defender's Office.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is continued on her previous term of supervised release with the following added conditions:

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

> The defendant shall participate in the Home Detention program for a period of **60 Days**. During this time, the defendant will remain at the defendant's place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on the defendant's ability to pay.

**DATED AND ORDERED** on September 8, 2006 in Orlando, Florida..

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Bureau of Prisons
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant